UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          -v-<br><br>WALTER GADDY,<br><br>                                        Defendant. | 17-CR-104 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

It is hereby ORDERED that the defendant in the above captioned case, USM Number 78372-054, has been sentenced to a term of imprisonment of "Time Served plus one day", and therefore is to be released, subject to any detainers, on Wednesday, December 23, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 22, 2020
         New York, New York