UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

WALTER GADDY          ,
                Defendant.
----------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

17 -CR- 104  (PAE ) ( )

**Check Proceeding that Applies**

__X__   Entry of Plea of Guilty or Admission

I am aware that I have been charged with a violation of supervised release. I have consulted with my attorney about those charges. I have decided that I wish to admit a certain specification. I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my admission and to have my attorney beside me as I do. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I have discussed these issues with my attorney. By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter an admission. By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my admission so long as the following conditions are met. I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

                WALTER GADDY        /s/ Walter Gaddy by Amy Gallicchio, Esq.
Date: 12/22/2020 _____  _____
                Print Name                Signature of Defendant

__X__   Sentence

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time of my sentence and to speak directly in that courtroom to the judge who will sentence me. I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse. I do not wish to wait until the end of this emergency to be sentenced. I have discussed these issues with my attorney and willingly give up my right to be present, at the time my sentence is imposed, in the courtroom with my attorney and the judge who will impose that sentence. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York for my sentencing proceeding as well as my right to have my attorney next to me at the time of sentencing on the following conditions. I want my attorney to

be able to participate in the proceeding and to be able to speak on my behalf at the proceeding. I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date: 12/22/2020 _____   WALTER GADDY   /s/ Walter Gaddy by Amy Gallicchio, Esq.
_____
Print Name   Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form. I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date: 12/22/2020   Amy Gallicchio   /s/Amy Gallicchio
_____   _____
Print Name   Signature of Defense Counsel

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:   _____
Signature of Defense Counsel

**Accepted:**   *Paul A. Engelmayer*
_____
Signature of Judge
Date:

December 23, 2020