UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
-v- : 17-CR-104 (PAE)
:
WALTER GADDY, : <u>SCHEDULING ORDER</u>
:
:
Defendant. :
:
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **July 8, 2021** at **11:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 2, 2021
New York, New York