**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 30, 2021

**BY ECF and EMAIL**

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. Walter Gaddy**
                   **17 Cr. 104 (PAE)**

Dear Judge Engelmayer:

      I write with the consent of the Government to request an adjournment of approximately 10 days of the conference in the above captioned matter currently scheduled for August 31, 2021. The parties have conferred and anticipate that an agreement will be reached regarding a resolution of the pending Violation of Supervised Release. It is expected that Mr. Gaddy will admit to Specification 6 but the parties need to clarify factual allegations contained therein before we can proceed.

                                              Respectfully submitted,

                                           /s/ Amy Gallicchio

                                           Amy Gallicchio
                                           Assistant Federal Defender
                                           Federal Defenders of New York
                                           212-417-8728

**GRANTED.** The conference is adjourned to September 15, 2021 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 42.

                                                                       8/30/2021
                                    SO ORDERED.

                                                            PAUL A. ENGELMAYER
                                                           United States District Judge