UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                                     :

UNITED STATES OF AMERICA,                       :

                 -v-                                              :          17-CR-104 (PAE)

WALTER GADDY,                                   :          <u>SCHEDULING ORDER</u>

                            Defendant.                    :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **September 17, 2021** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: September 8, 2021
       New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge